UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY EAGLE,

      Plaintiff,

vs
                                   Case No: 08-13387
                                   Honorable Victoria A. Roberts

MICHIGAN DEPARTMENT
OF CORRECTION, ET AL,

      Defendants.
_____/

## ORDER DENYING MOTION

Plaintiff timely filed objections to the Magistrate's Report and Recommendation,

which concluded that this Court should deny his motion to reopen his case.

The Court conducted a de novo review of those portions of the report to which

Plaintiff objected.  Based on that review, the Court accepts all of the findings and

recommendations of the Magistrate Judge.

The motion to reopen case is **DENIED**.

**IT IS ORDERED.**

                                  /s/ Victoria A. Roberts
                                 Victoria A. Roberts
                                 United States District Judge

Dated:  June 22, 2011

---

The undersigned certifies that a copy of this
document was served on the attorneys of
record and Johnnie Eagle by electronic
means or U.S. Mail on June 22, 2011.

s/Linda Vertriest
Deputy Clerk